UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EMERSON PARK HOMEOWNERS
ASSOCIATION, INC.; GHAZI
ALRIFAI; SOUHA KAZMA; JOVAN
BROWN; AUDRA WOOD; HECTOR
DUARTE; MARITZA LOPEZ;
RHEA EDWARDS; WADE EDWARDS;
LISSEIDY GARCIA; MARCELO
GARCIA; CLARE LEE; KATHLEEN
GARNER; ADAM JACKSON; DANAE
JACKSON; JUSTIN JACKSON; TRACI
DAVIS; ANITA MARTIN; TRAVIS
MARTIN; JOHNATHAN MCGRIFF;
DAVID MEJIAS VILLEGAS; JULIANA
BUSCH; ROBERT NAFFZIGER;
DEANNA ALTILIO; EDGARD ORTIZ;
ROSE REYES; JAMES REYES; TERRA
SIMON; KYRA BROWN; TONY
BROWN; DEANNA NAFFZIGER;
GREGORY BOYD; AYODELE JINADU;
LEE ANN STANLEY; and BENJAMIN
STANLEY

    Plaintiffs,

v.                                                  Case No: 6:18-cv-913-Orl-37DCI

BRETT LUNDEQUAM, CENTEX REAL
ESTATE CORPORATION, DAVID GUDE,
NOMAS CORP, PULTE HOME
CORPORATION, PULTIE PURCHASING
CORPORATION and PULTEGROUP, INC.,

    Defendants.
_____

**ORDER OF DISMISSAL**

The parties have filed a Joint Motion for Dismissal with Prejudice. (Doc. 81). The

notice is effective without an order.  See Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, the Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 14, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record